UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In re:                                                                               CASE NO.: 25-11058-pmm
                                                                                                                             CHAPTER 13

**Luis G. Tejeda,**
   **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of SERVICEMAC LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Attorney for Secured Creditor
                                           13010 Morris Road, Suite 450
                                           Alpharetta, GA   30004
                                           Telephone: 470-321-7112
                                           Facsimile: 404-393-1425

                                           By: <u>/s/Sherri Dicks</u>
                                               Sherri Dicks
                                               Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LUIS G. TEJEDA
718 W WILKES BARRE STREET
EASTON, PA 18042

And via electronic mail to:

LAPUTKA LAW OFFICE
1344 W. HAMILTON ST.
ALLENTOWN, PA 18102

SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Journie Morosky