Certificate Number: 17082-PAE-DE-039499081

Bankruptcy Case Number: 25-11058



17082-PAE-DE-039499081

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2025, at 6:28 o'clock PM MST, LUIS G TEJEDA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 30, 2025                By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director