United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11058-pmm
Luis G. Tejeda  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 3
Date Rcvd: Jul 24, 2025  Form ID: 155  Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis G. Tejeda, 718 W Wilkes Barre Street, Easton, PA 18042-6343 |
| 14990397 | + | LAKEVIEW LOAN SERVICING, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14988747 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2025 00:32:00 | Bank of America, 4060 Ogletown/Stanton Rd, Newark, DE 19714 |
| 15005129 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 25 2025 00:32:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14988748 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 00:36:13 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15008900 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 00:35:35 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14988749 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 25 2025 00:33:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14988750 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 25 2025 00:36:12 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14988751 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2025 00:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15011589 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2025 00:35:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14990262 | ^ | MEBN | Jul 25 2025 00:26:53 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14988752 | ^ | MEBN | Jul 25 2025 00:27:10 | Liberty Savings FCU, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 14988753 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 25 2025 00:32:00 | LoanCare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15011445 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 25 2025 00:32:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14988754 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 25 2025 00:32:00 | New Jersey EZ-Pass, PO Box 4971, Trenton, NJ 08650 |
| 14993690 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 25 2025 00:32:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15011487 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 25-11058-pmm   Doc 23   Filed 07/26/25   Entered 07/27/25 00:36:19   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: 155 | Total Noticed: 24 |

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 25 2025 00:35:21 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14999481 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2025 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14990616 | + Email/Text: RASEBN@raslg.com | Jul 25 2025 00:32:00 | ServiceMac LLC, c/o SHERRI DICKS, Robertson Anschutz Schneid Crane &, Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| 15006141 | ^ MEBN | Jul 25 2025 00:27:09 | ServiceMac, LLC, c/o ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 14988755 | ^ MEBN | Jul 25 2025 00:26:46 | ServiceMac/Movement Mortgage, 9726 Old Bailes Rd - Ste 200, Fort Mill, SC 29707-7882 |
| 14990421 | + Email/Text: RASEBN@raslg.com | Jul 25 2025 00:32:00 | Servicemac LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14988756 | + Email/Text: bankruptcynotices@sba.gov | Jul 25 2025 00:32:00 | Small Business Admin, 409 3rd St SW -FL 5, Washington, DC 20416-0002 |
| 14988757 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 00:50:54 | THD/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Luis G. Tejeda claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHERRI DICKS | on behalf of Creditor Servicemac LLC sdicks@raslg.com  shrdlaw@outlook.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jul 24, 2025 | Form ID: 155 | Total Noticed: 24

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br>    Luis G. Tejeda ) <br> ) <br> ) <br> Debtor(s). ) <br> ) <br> ) | Case No. 25−11058−pmm <br><br> Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 24, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court