Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 25-11058-PMM**

Luis G. Tejeda  
718 W Wilkes Barre Street  
Easton PA 18042

Petition Filed Date: 03/19/2025  
341 Hearing Date: 04/15/2025  
Confirmation Date: 07/24/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2025 | $233.00 | | 06/02/2025 | $233.00 | | 06/23/2025 | $233.00 | |
| 07/21/2025 | $251.00 | | | | | | | |

**Total Receipts for the Period: $950.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,201.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 001 | Unsecured Creditors | $3,697.60 | $0.00 | $3,697.60 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $5,605.73 | $0.00 | $5,605.73 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $2,184.95 | $0.00 | $2,184.95 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $2,056.00 | $0.00 | $2,056.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $92.00 | $0.00 | $92.00 |
| 6 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $8,831.56 | $0.00 | $8,831.56 |
| 7 | SERVICEMAC LLC<br>»» 005 | Mortgage Arrears | $584.04 | $0.00 | $584.04 |
| 8 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $615.24 | $0.00 | $615.24 |
| 9 | LOANCARE SERVICING CENTER<br>»» 007 | Mortgage Arrears | $868.82 | $0.00 | $868.82 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $401.69 | $0.00 | $401.69 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $603.04 | $0.00 | $603.04 |
| 12 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $5,448.23 | $0.00 | $5,448.23 |
| 13 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $744.63 | $0.00 | $744.63 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $4,375.00 | $1,134.94 | $3,240.06 |

**Chapter 13 Case No. 25-11058-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,201.00 | Current Monthly Payment: | $251.00 |
| Paid to Claims: | $1,134.94 | Arrearages: | $0.00 |
| Paid to Trustee: | $66.06 | Total Plan Base: | $15,006.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.